IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -7 PM 3:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SHIRLEY CHAPLAIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | 05-2557 Ml/V |
| OIL CAPITOL RELOCATION, INC., TRANSGUARD INSURANCE COMPANY, ALLIED VAN LINES, INC. | ) | |
| Defendants. | ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Motion for Extension of Time to File Complaint, filed September 1, 2005.[1] Defendants' Motion to Dismiss, filed August 12, 2005, is outstanding. For good cause shown, Plaintiff's motion is GRANTED as to her response to Defendants' motion to dismiss. Plaintiff shall respond to Defendants' motion to dismiss within thirty (30) days from the entry of this order.

So ORDERED this __7__ day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] Defendants removed this case to federal court on August 5, 2005. Plaintiff's complaint was filed with the Court at that time.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __9-7-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02557 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Stacy Clinton
LAW OFFICE OF STACY CLINTON
46 N. Third St.
Ste. 212
Memphis, TN 38103

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Thomas C. Quinlen
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Jon McCalla
US DISTRICT COURT