IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

05 NOV -8 AM 11:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SHIRLEY CHAPLAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-2557 Ml/V |
| ) | |
| OIL CAPITOL RELOCATION, INC., ) | |
| TRANSGUARD INSURANCE COMPANY, ) | |
| ALLIED VAN LINES, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

Before the Court is Defendants' Motion to Dismiss, filed August 12, 2005. On September 7, 2005, the Court granted Plaintiff's Motion for Extension of Time, and ordered that Plaintiff respond to Defendants' motion to dismiss within thirty (30) days from the entry of that order. A response to Defendants' motion was due on or before October 10, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this order why Defendants' motion should not be granted.[1]

Failure to respond to this Order to Show Cause in a timely

---

[1] To comply with this Order, Plaintiff must file a written response to Defendants' motion.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-8-05



manner may result in a judgment in favor of Defendants on the motion.

So ORDERED this 8 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02557 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Stacy Clinton
LAW OFFICE OF STACY CLINTON
46 N. Third St.
Ste. 212
Memphis, TN 38103

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Thomas C. Quinlen
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Jon McCalla
US DISTRICT COURT