IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY CHAPLAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 05-2557 Ml/V |
| OIL CAPITOL RELOCATION, INC., | ) | |
| TRANSGUARD INSURANCE COMPANY, | ) | |
| ALLIED VAN LINES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SECOND ORDER TO SHOW CAUSE

Before the Court is Defendants' Motion to Dismiss, filed August 12, 2005. On September 7, 2005, the Court granted Plaintiff's Motion for Extension of Time, and ordered that Plaintiff respond to Defendants' motion to dismiss within thirty (30) days from the entry of that order. A response to Defendants' motion was due on or before October 10, 2005. On November 8, 2005, the Court entered an Order to Show Cause why Defendants' motion should not be granted. Plaintiff's response was due on November 22, 2005.

To date, Plaintiff has not filed a response to Defendants' Motion to Dismiss. Out of an abundance of caution, the Court enters this second order to show cause. The Court notes that Plaintiff is no longer represented by counsel, although it appears that the former counsel has communicated with Plaintiff

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05



regarding proceeding in federal court. The Court ORDERS the Clerk to reflect Plaintiff as proceeding pro se and to show Ms. Clinton as terminated in this cause.[1] Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this order why Defendants' motion to dismiss should not be granted.[2]

Failure to respond to this Order to Show Cause in a timely manner may result in a judgment in favor of Defendants on the motion.

So ORDERED this 13 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk shall record Plaintiff's address as 5435 Eagle Bend Cove, Memphis, TN 38125. The Clerk is ORDERED to send this order directly to Plaintiff, as well as the first Order to Show Cause, entered November 8, 2005 (Docket No. 9).

[2] To comply with this Order, Plaintiff must file a written response to Defendants' motion.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02557 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Shirley Chaplain
5435 Eagle Bend Cove
Memphis, TN 38125

Thomas C. Quinlen
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Stacy Clinton
LAW OFFICE OF STACY CLINTON
46 N. Third St.
Ste. 212
Memphis, TN 38103

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Thomas C. Quinlen
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Stacy Clinton
LAW OFFICE OF STACY CLINTON
46 N. Third St.
Ste. 212
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT